**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAY 15 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SA-19-CR-0370-XR

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RAMON SALAS (1),<br>   also known as "Ramon Gonzalez,"<br>   "G," and "Gee Loc,"<br>JOHN VALLE (2),<br>RAMIRO MATA (3),<br><br>CLARISELA BERMEA (5),<br>   also known as "Mom,"<br>ANTHONY VALDEZ (6),<br>   also known as "Colonel,"<br>JUAN FLORES (7),<br>   also known as "Big Homie,"<br>JOSE VILLEGAS (8),<br>   also known as "Toro,"<br>AUBREY RAMBY (9),<br>LUIS MARQUEZ (10),<br>PAUL KANAE (11),<br>   also known as "Scams,"<br>DANIEL MORALES (12),<br>   also known as "Cali,"<br>DANIEL RODRIGUEZ (13),<br>ARMANDO MORENO (14),<br>   also known as "Mando,"<br>JAVIER MEDINA (15),<br>   also known as "Javi,"<br>LUIS CADENA (16),<br>   also known as "Beto,"<br>NELSON OCHOA (17),<br>MICHAEL ARAGON (18),<br>   also known as "Rascal,"<br>LUIS GODINES (19),<br>   also known as "Luke,"<br>GONZALO ROMO (20),<br>ADAM RODRIGUEZ (21),<br>   also known as "Messy," | INDICTMENT<br><br>**COUNT 1:** Title 21, U.S.C. §§ 846, 841(a)(1) & 841(b)(1): Conspiracy to Possess with intent to Distribute (Methamphetamine)<br><br>**COUNT 2:** Title 21, U.S.C. §§ 846, 841(a)(1) & 841(b)(1): Conspiracy to Possess with intent to Distribute (Heroin)<br><br>**COUNTS 3, 6, 8, and 10:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(C), 18 U.S.C. § 2: Possession with intent to Distribute (Heroin), and Aiding and Abetting<br><br>**COUNTS 4, 5, 11, and 19:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(B), 18 U.S.C. § 2: Possession with intent to Distribute (Heroin), and Aiding and Abetting<br><br>**COUNTS 7, 9, 12, 15, 20, 21:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A), 18 U.S.C. § 2: Possession with intent to Distribute (Methamphetamine), and Aiding and Abetting<br><br>**COUNTS 13, 16, and 18:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A), 18 U.S.C. § 2: Possession with intent to Distribute (Heroin), and Aiding and Abetting<br><br>**COUNT 14:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(C), 18 U.S.C. § 2: Possession with intent to Distribute (Methamphetamine), and Aiding and Abetting<br><br>**COUNT 17:** Title 21, U.S.C. §§ 841(a)(1) & 841(b)(1)(A), 18 U.S.C. § 2: Possession with intent to Distribute (Fentanyl), and Aiding and Abetting |

1

PETE REYNA (22),
RICHARD MORAN (23),
    also known as "Rico,"
JUAN SILVAS (24),
    also known as "Big Time,"
ASHLEY GARZA (25),
FILADELFO URIBE-HERNANDEZ (26),
STERLING SHAW (27),
    also known as "Max,"
ELIAZAR CANTU (28),
MARIA CANTU (29),
■■■■■■■■■■■■■■■■
ERICA LEE ZUNIGA (31),

    **Defendants.**

THE GRAND JURY CHARGES:

## COUNT ONE
### [21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)]

Beginning on or about May 2018, the exact date unknown, and continuing until the date of this indictment, in the Western District of Texas, Defendants,

RAMON SALAS (1),
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
JOHN VALLE (2),
RAMIRO MATA (3),
■■■■■■■■■■■■■■■■
CLARISELA BERMEA (5),
    also known as "Mom,"
ANTHONY VALDEZ (6),
    also known as "Colonel,"
JUAN FLORES (7),
    also known as "Big Homie,"
JOSE VILLEGAS (8),
    also known as "Toro,"
AUBREY RAMBY (9),
PAUL KANAE (11),
JAVIER MEDINA (15),
    also known as "Javi,"
LUIS CADENA (16),
    also known as "Beto,"

2

NELSON OCHOA (17),
LUIS GODINES (19),
also known as "Luke,"
GONZALO ROMO (20),
ADAM RODRIGUEZ (21),
also known as "Messy,"
PETE REYNA (22),
RICHARD MORAN (23),
also known as "Rico,"
JUAN SILVAS (24),
also known as "Big Time,"
ASHLEY GARZA (25),
FILADELFO URIBE-HERNANDEZ (26),
ELIAZAR CANTU (28),
and
MARIA CANTU (29),

knowingly and intentionally conspired, combined, confederated, and agreed together, and with each other, and with others, to commit the following offenses against the United States: to distribute a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1).

**QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY**

The quantity of the mixture or substance containing a detectable amount of methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
|---|---|
| **RAMON SALAS (1)** | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| **JOHN VALLE (2)** | 50 grams or more of methamphetamine |
| **RAMIRO MATA (3)** | 50 grams or more of methamphetamine |

| | |
|---|---|
| ■■■■■■ | 50 grams or more of methamphetamine |
| CLARISELA BERMEA (5) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ANTHONY VALDEZ (6) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| JOSE VILLEGAS (8) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| AUBREY RAMBY (9) | a mixture or substance containing a detectable amount of methamphetamine |
| PAUL KANAE (11) | 50 grams of methamphetamine |
| JAVIER MEDINA (15) | a mixture or substance containing a detectable amount of methamphetamine |
| LUIS CADENA (16) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| NELSON OCHOA (17) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| LUIS GODINES (19) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| GONZALO ROMO (20) | 50 grams or more of methamphetamine |
| ADAM RODRIGUEZ (21) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| PETE REYNA (22) | a mixture or substance containing a detectable amount of methamphetamine |
| RICHARD MORAN (23) | 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| JUAN SILVAS (24) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

| | |
|---|---|
| ASHLEY GARZA (25) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| FILADELFO URIBE-HERNANDEZ (26) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| ELIAZAR CANTU (28) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| MARIA CANTU (29) | 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)]

Beginning on or about May 2018, the exact date unknown, and continuing until the date of this indictment, in the Western District of Texas, Defendants,

RAMON SALAS (1),
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
JOHN VALLE (2),
RAMIRO MATA (3),

CLARISELA BERMEA (5),
also known as "Mom,"
ANTHONY VALDEZ (6),
also known as "Colonel,"
JUAN FLORES (7),
also known as "Big Homie,"
JOSE VILLEGAS (8),
also known as "Toro,"
AUBREY RAMBY (9),
LUIS MARQUEZ (10),
PAUL KANAE (11),
also known as "Scams,"
DANIEL MORALES (12),
also known as "Cali,"
DANIEL RODRIGUEZ (13),
ARMANDO MORENO (14),
also known as "Mando,"
JAVIER MEDINA (15),
also known as "Javi,"

5

MICHAEL ARAGON (18),
also known as "Rascal,"
LUIS GODINES (19),
also known as "Luke,"
GONZALO ROMO (20),
FILADELFO URIBE-HERNANDEZ (26),
STERLING SHAW (27),
also known as "Max,"
ELIAZAR CANTU (28),
MARIA CANTU (29),
▮▮▮▮▮▮▮▮▮▮▮▮
and
ERICA LEE ZUNIGA (31),

knowingly and intentionally conspired, combined, confederated, and agreed together, and with each other, and with others, to commit the following offenses against the United States: to distribute a controlled substance, which offense involved heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code Sections 841(a)(1) and 841(b)(1).

### QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing a detectable amount of heroin involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY |
| --- | --- |
| RAMON SALAS (1) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| JOHN VALLE (2) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| RAMIRO MATA (3) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ▮▮▮▮▮▮▮▮ | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |

| CLARISELA BERMEA (5) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
|---|---|
| ANTHONY VALDEZ (6) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| JUAN FLORES (7) | a mixture or substance containing a detectable amount of heroin |
| JOSE VILLEGAS (8) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| AUBREY RAMBY (9) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| LUIS MARQUEZ (10) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| PAUL KANAE (11) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| DANIEL MORALES (12) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| DANIEL RODRIGUEZ (13) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ARMANDO MORENO (14) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| JAVIER MEDINA (15) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| MICHAEL ARAGON (18) | a mixture or substance containing a detectable amount of heroin |
| LUIS GODINES (19) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| GONZALO ROMO (20) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| FILADELFO URIBE-HERNANDEZ (26) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| STERLING SHAW (27) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| ELIAZAR CANTU (28) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |
| MARIA CANTU (29) | 1 kilogram or more of a mixture or substance containing a detectable amount of heroin |

| | |
|---|---|
| ███████████████ | 100 grams or more of a mixture or substance containing a detectable amount of heroin |
| ERICA ZUNIGA (31) | 100 grams or more of a mixture or substance containing a detectable amount of heroin |

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about May 31, 2018, in the Western District of Texas, Defendants,

**MICHAEL ARAGON (18),**
also known as "Rascal,"
and
**LUIS GODINES (19),**
also known as "Luke,"

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense a mixture or substance containing a detectable amount of heroin, a schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT FOUR
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]

That on or about July 19, 2018, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
**LUIS MARQUEZ (10),**
and
**LUIS GODINES (19),**
also known as "Luke,"

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

8

## COUNT FIVE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]

That on or about July 31, 2018, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
and
**LUIS GODINES (19),**
also known as "Luke,"

did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT SIX
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about September 24, 2018, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
**PAUL KANAE (11),**
also known as "Scams,"
and
**LUIS GODINES (19),**
also known as "Luke,"

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT SEVEN
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about November 30, 2018, in the Western District of Texas, Defendants,

9

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**and**
**LUIS GODINES (19),**
**also known as "Luke,"**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

## COUNT EIGHT
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]**

That on or about November 30, 2018, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**and**
**LUIS GODINES (19),**
**also known as "Luke,"**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT NINE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about January 16, 2019, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**PAUL KANAE (11),**
**also known as "Scams,"**

**and**
**LUIS GODINES (19),**
**also known as "Luke,"**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

## COUNT TEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]**

That on or about January 16, 2019, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**PAUL KANAE (11),**
**also known as "Scams,"**
**and**
**LUIS GODINES (19),**
**also known as "Luke,"**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.

## COUNT ELEVEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]**

That on or about February 6, 2019, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**CLARISELA BERMEA (5),**
**also known as "Mom,"**
**JOSE VILLEGAS (8),**
**also known as "Toro,"**

11

PAUL KANAE (11),
also known as "Scams,"
DANIEL RODRIGUEZ (13),
ARMANDO MORENO (14),
also known as "Mando,"

█████████████

and
ERICA LEE ZUNIGA (31),

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2.

COUNT TWELVE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about February 15, 2019, in the Western District of Texas, Defendants,

CLARISELA BERMEA (5),
also known as "Mom,"
JUAN SILVAS (24),
also known as "Big Time,"
ASHLEY GARZA (25),
FILADELFO URIBE-HERNANDEZ (26),
ELIAZAR CANTU (28),
and
MARIA CANTU (29),

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. § 2.

## COUNT THIRTEEN
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]

That on or about February 19, 2019, in the Western District of Texas, Defendants,

RAMON SALAS (1),
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
RAMIRO MATA (3),

JOSE VILLEGAS (8),
also known as "Toro,"
AUBREY RAMBY (9),
and
PAUL KANAE (11),
also known as "Scams,"

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT FOURTEEN
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C) and 18 U.S.C. § 2]

That on or about February 19, 2019, in the Western District of Texas, Defendants,

RAMON SALAS (1),
also known as "Ramon Gonzalez," "G," and "Gee Loc,"
RAMIRO MATA (3),

JOSE VILLEGAS (8),
also known as "Toro,"
AUBREY RAMBY (9),
and
PAUL KANAE (11),
also known as "Scams,"

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a

13

Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(C) and 18 U.S.C. § 2.

## COUNT FIFTEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about February 19, 2019, in the Western District of Texas, Defendants,

**RAMIRO MATA (3),**



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT SIXTEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about February 19, 2019, in the Western District of Texas, Defendants,

**RAMIRO MATA (3),**



aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT SEVENTEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about February 19, 2019, in the Western District of Texas, Defendants,

**RAMIRO MATA (3),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 400 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (Fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

### COUNT EIGHTEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about February 23, 2019, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**CLARISELA BERMEA (5),**
**also known as "Mom,"**
**DANIEL MORALES (12),**
**also known as "Cali,"**
**FILADELFO URIBE-HERNANDEZ (26),**
**STERLING SHAW (27),**
**also known as "Max,"**
**ELIAZAR CANTU (28),**
**and**
**MARIA CANTU (29),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

### COUNT NINETEEN
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B) and 18 U.S.C. § 2]**

That on or about March 6, 2019, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**JOHN VALLE (2),**
**and**
**GONZALO ROMO (20),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(B) and 18 U.S.C. § 2.

## COUNT TWENTY
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about March 6, 2019, in the Western District of Texas, Defendants,

**JOHN VALLE (2),**
**and**
**GONZALO ROMO (20),**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

## COUNT TWENTY-ONE
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A) and 18 U.S.C. § 2]**

That on or about April 9, 2019, in the Western District of Texas, Defendants,

**RAMON SALAS (1),**
**also known as "Ramon Gonzalez," "G," and "Gee Loc,"**
**NELSON OCHOA (17),**
**and**
**LUIS GODINES (19),**
**also known as "Luke,"**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute, a controlled substance, which offense involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(A)(1)(A) and 18 U.S.C. § 2.

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JOHN F. BASH
UNITED STATES ATTORNEY

BY: _____
ADRIÁN ROSALES
Assistant United States Attorney